IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE JONES,<br><br>                         Plaintiff,<br><br>    v.<br><br>EASTERN AIRLINES, LLC, JOSEPH MAROTTA, and STEVEN HARFST,<br><br>                       Defendants. | **Docket No.: 2:20-cv-1927**<br><br>*Electronically Filed* |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, defendants Eastern Airlines, LLC, Joseph Marotta, and Steven Harfst (collectively "Defendants") shall move before The Honorable R. Barclay Surrick, S.U.S.D.J. to dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon their accompanying memorandum of law and the authorities cited therein in support of their arguments for dismissal.

Dated: June 19, 2020

Respectfully submitted,

**FORDHARRISON LLP**

*s/ Mark A. Saloman*
Mark A. Saloman, Esq.
300 Connell Drive, Suite 4100
Berkeley Heights, NJ 07922
Tel.: 973-646-7300
msaloman@fordharrison.com

Counsel for Defendants
*Eastern Airlines, LLC, Joseph Marotta, and Steven Harfst*