IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE JONES | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 20-1927 |
| | : | |
| EASTERN AIRLINES, LLC, | : | |
| JOSEPH MAROTTA, and | : | |
| STEVE HARFST | : | |

# **O R D E R**

**AND NOW**, this  16th  day of  July , 2020, upon consideration of Defendants' Notice of Motion, and Memorandum of Law In Support of Their Motion To Dismiss Plaintiff's Complaint Under *Fed. R. Civ. P.* 12(B)(6), (ECF No. 4), it is **ORDERED** that the Motion is **DISMISSED** as moot.[1]

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. BARCLAY SURRICK*
**R. BARCLAY SURRICK, J.**

---

[1] On July 2, 2020, Plaintiff filed her first Amended Complaint (ECF No. 6). Defendants' Notice of Motion, and Memorandum of Law In Support of their Motion To Dismiss Plaintiff's Amended Complaint Under *Fed. R. Civ. P.* 12(B)(6), (ECF No. 7) was filed on July 16, 2020.