# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE JONES | : CIVIL ACTION – LAW |
| Plaintiff | : No. 2:20-cv-01927-RBS |
| vs. | : |
| EASTERN AIRLINES, LLC and JOSEPH MAROTTA and STEVE HARFST | : JURY TRIAL DEMANDED |
| | : *Electronically filed* |
| Defendants | : |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of Defendants' Motion to Dismiss the Amended Complaint and Plaintiff's response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
R. Barclay Surrick, J.