# EXHIBIT 6



**Wage and Hour Division**

# Families First Coronavirus Response Act Notice – Frequently Asked Questions

1. **Where do I post this notice? Since most of my workforce is teleworking, where do I electronically "post" this notice?**
   Each covered employer must post a notice of the Families First Coronavirus Response Act (FFCRA) requirements in a conspicuous place on its premises. An employer may satisfy this requirement by emailing or direct mailing this notice to employees, or posting this notice on an employee information internal or external website.

2. **Do I have to post this notice in other languages that my employees speak? Where can I get the notice in other languages?**
   You are not required to post this notice in multiple languages, but the Department of Labor (Department) is working to translate it into other languages.

3. **Do I have to share this notice with recently laid-off individuals?**
   No, the FFCRA requirements explained on this notice apply only to current employees.

4. **Do I have to share this notice with new job applicants?**
   No, the FFRCA requirements apply only to current employees. Employers are under no obligation to provide the notice of those requirements to prospective employees.

5. **Do I have to give notice of the FFCRA requirements to new hires?**
   Yes, if you hire a job applicant, you must convey this notice to them, either by email, direct mail, or by posting this notice on the premises or on an employee information internal or external website.

6. **If my state provides greater protections than the FFCRA, do I still have to post this notice?**

Yes, all covered employers must post this notice regardless of whether their state requires greater protections. The employer must comply with both federal and state law.

7. **I am a small business owner. Do I have to post this notice?**
Yes. All employers covered by the paid sick leave and expanded family and medical leave provisions of the FFCRA (i.e., certain public sector employers and private sector employers with fewer than 500 employees) are required to post this notice.

8. **How do I know if I have the most up-to-date notice? Will there be updates to this notice in the future?**
The notice was issued on March 25, 2020, updated on March 27, 2020. Either version fulfills the posting requirement. Check the Wage and Hour Division's website or sign up for Key News Alerts to ensure that you remain current with all notice requirements.

9. **Our employees must report to our main office headquarters each morning and then go off to work at our different worksite locations. Do we have to post this notice at all of our different worksite locations?**
The notice needs to be displayed in a conspicuous place where employees can see it. If they are able to see it at the main office, it is not necessary to display the notice at your different worksite locations.

10. **Do I have to pay for notices?**

    No. To obtain notices free of charge, contact the Department's Wage and Hour Division at 1-866-4-USWAGE (1-866-487-9243). Alternatively, you may download and print the notice yourself from https://www.dol.gov/agencies/whd/posters

11. **I am running out of wall space. Can I put the required notices in a binder that I put on the wall?**
No, you cannot put federal notices in a binder. Generally, employers must display federal notices in a conspicuous place where they are easily visible to all employees—the intended audience.

12. **We have break rooms on each floor in our building. Do I have to post notices in each break room on each floor or can I just post them in the lunchroom?**
If all of your employees regularly visit the lunchroom, then you can post all required notices there. If not, then you can post the notices in the break rooms on each floor or in another location where they can easily be seen by employees on each floor.

13. **Our company has many buildings. Our employees report directly to the building where they work, and there is no requirement that they first report to our main office or headquarters prior to commencing work. Do I have to post this notice in each of our buildings?**

Yes. Where an employer has employees reporting directly to work in several different buildings, the employer must post all required federal notices in each building, even if the buildings are located in the same general vicinity (e.g., in an industrial park or on a campus).

14. **By when do I have to post the notice?**

April 1, 2020.

---

**Topics**   **For Workers**   **For Employers**   **Resources**   **Interpretive Guidance**

**State Laws**   **News**

---



## Wage and Hour Division

An agency within the U.S. Department of Labor

200 Constitution Ave NW
Washington, DC 20210
1-866-4-US-WAGE
1-866-487-9243
www.dol.gov

**FEDERAL GOVERNMENT**        **LABOR DEPARTMENT**

White House                                         About DOL

Coronavirus Resources                      Guidance Search

Severe Storm and Flood Recovery AssistanceEspanol

| | |
|---|---|
| Disaster Recovery Assistance | Office of Inspector General |
| DisasterAssistance.gov | Subscribe to the DOL Newsletter |
| USA.gov | Read the DOL Newsletter |
| No Fear Act Data | Emergency Accountability Status Link |
| U.S. Office of Special Counsel | A to Z Index |

**WHD PORTALS** 

YouthRules!

Wage Determinations

## Connect With DOL

    

Site Map | Important Website Notices | Privacy & Security Statement