IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE JONES | : CIVIL ACTION – LAW |
| Plaintiff | : No. 2:20-cv-01927-RBS |
| vs. | : |
| EASTERN AIRLINES, LLC and JOSEPH MAROTTA and STEVE HARFST | : JURY TRIAL DEMANDED |
| | : *Electronically filed* |
| Defendants | : |

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint Under Rule 12(b)(6) and supporting documents were electronically filed with the Clerk within the time and in the manner prescribed by the Federal Rules of Civil Procedure and Local Rules, and that a copy of the within pleading has been served this date upon Defendants via ECF to their counsel:

Mark S. Saloman, Esquire
FordHarrison LLP
300 Connell Drive, Suite 4100
Berkeley Heights, NJ 07922

Counsel for Defendants

WUSINICH & SWEENEY, LLC

Dated: 7/30/2020

By: s/Edward C. Sweeney
M. Frances Ryan, Esquire
I.D. No. 62060
Edward C. Sweeney, Esquire
I.D. No. 64565
Attorneys for Plaintiff
211 Welsh Pool Road, Suite 236
Exton, PA 19341
(610) 594-1600
Validation of signature code: ECS1942