IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE JONES | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-1927 |
| EASTERN AIRLINES, LLC, ET AL. | : | |

**O R D E R**

**AND NOW**, this <u>16th</u> day of June 2021, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 7), and all documents submitted in support thereof and in opposition thereto, and consistent with the accompanying memorandum, it is **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** as follows:

1. Defendants' Motion as to Count VII of the Amended Complaint (Race Discrimination under Section 1981) is **GRANTED**. Count VII is **DISMISSED without prejudice**. Plaintiff may file a Second Amended Complaint within fourteen (14) days of the date of this Order.

2. Defendants' Motion is **DENIED** in all other respects.

IT IS SO ORDERED.

BY THE COURT:


*/s/R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**